IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>VLADIMIR DRINKMAN, et al.,<br><br>    Defendants. | Criminal No. 09-626 (JBS)<br><br>**AMENDED SCHEDULING ORDER** |

    This matter came before the Court upon a telephone status conference on December 2, 2013; Assistant United States Attorneys Erez Liebermann, Gurbir Grewal and Andrew Pak having appeared on behalf of the United States; and Bruce Provda, Esquire, having appeared on behalf of Defendant Dmitriy Smilianets. For the reasons discussed during the telephonic hearing;

    IT IS, this **2nd** day of **December, 2013** hereby

    ORDERED that the Court will convene an in-person status conference on **Thursday, June 5, 2014 at 10:00 a.m. in Courtroom 4A**.

                                                          /s/ Jerome B. Simandle
                                                      JEROME B. SIMANDLE
                                                      Chief U.S. District Judge