IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADIMIR DRINKMAN, et al.,<br><br>Defendants. | Criminal No. 09-626 (JBS)<br><br>**UNSEALING ORDER** |

This matter comes before the Court pursuant to the Court's Order of December 2, 2013 providing for the limited redaction of certain documents containing defendants' alleged aliases; and

The Court having reviewed the letter of December 13, 2013 from Assistant U.S. Attorney Erez Liebermann proposing the specific redactions to be made; and

The Court finding good cause;

IT IS this __17th__ day of **December, 2013** hereby

**ORDERED** that the following shall be completed by December 20, 2013; and it is further

**ORDERED** that the Clerk of Court shall unseal the docket of this case, Criminal No. 09-626 (JBS), except for the following documents which shall remain sealed:

 Docket Items 3, 18, 19, 20, 21, 22, 23, 24,
 25, 26, 27, and 28

and it is further

**ORDERED** that the Clerk of Court shall unseal the docket of Magistrate No. 12-6103 (MAS) except for Docket Items 2 and 3 therein which shall remain sealed; and it is further

**ORDERED** that the Clerk shall place onto the public docket each redacted document supplied to the Court in the December 13, 2013 letter above, with regard to Criminal No. 09-626 (JBS) [namely, Redacted Copies of the Docket Sheet and Docket Items 3, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28] and with regard to Magistrate No. 12-6103 (MAS) [namely Redacted Copies of Docket Items 2 & 3 therein; and it is further

**ORDERED** that all future filings in Criminal No. 09-626 (JBS) shall be upon the public docket unless otherwise ordered by the Court.

JEROME B. SIMANDLE
Chief U.S. District Judge