# REDACTED DOCUMENT

Docket # 24

Date Filed: 7/19/13

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

-v-

VLADIMIR DRINKMAN,
  a/k/a
  a/k/a
  a/k/a
  a/k/a

ALEKSANDR KALININ,
  a/k/a
  a/k/a
  a/k/a
  a/k/a
  a/k/a

ROMAN KOTOV,
  a/k/a
  a/k/a
  a/k/a

MIKHAIL RYTIKOV,
  a/k/a
  a/k/a
  a/k/a
  a/k/a
  a/k/a

DMITRIY SMILIANETS,
  a/k/a
  a/k/a
  a/k/a
  a/k/a
  a/k/a
  a/k/a

**SEALING ORDER**

Crim. No. 09-626

An application having been made by Paul J. Fishman, United States Attorney (Erez Liebermann, Assistant U.S. Attorney, appearing), for an Order sealing the Second Superceding Indictment, arrest warrants and accompanying papers (the "Documents"), except as necessary to transmit the Documents to law enforcement in the Netherlands, and a copy of the Documents to Dmitriy Smilianets and his counsel, and good cause having been shown,

IT IS on this 19th day of July 2013,

ORDERED, that the Documents are sealed until 3 p.m. E.S.T. on July 24, 2013, or upon the arrest of a named defendant, or upon further order of this court, except that copies of the Documents may be delivered to law enforcement in the Netherlands, and to Dmitriy Smilianets and his counsel.

HONORABLE CATHY L. WALDOR
United States Magistrate Judge