UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

FEBRUARY 14, 2018
DATE OF PROCEEDINGS

**JUDGE JEROME B. SIMANDLE**

Court Reporter: LISA MARCUS

Title of Case:
UNITED STATES OF AMERICA
vs.

Docket # Cr. 09-626-06(JBS)

DMITRIY SMILIANETS
    DEFT. PRESENT

Appearances:
Andrew Pak, AUSA for Govt.
Justin Herring, AUSA for Govt.
Igor Litvak, Esq. for Deft.

Nature of Proceedings: SENTENCING ON COUNTS 2 OF THE SECOND
                              SUPERSEDING INDICTMENT
Hearing on application of deft. to proceed in camera under 32(i)(4)(c); Ordered application granted
Ordered courtroom and record sealed
Courtroom Unsealed
SENTENCE:
IMPRISONMENT: 51 Months and 21 Days - Time Served
SUPERVISED RELEASE: 5 years with special conditions
FINE: Waived
SPECIAL ASSESSMENT: $100.00
RESTITUTION: Hearing set for April 13, 2018.
Deft. advised of right to appeal.
Order to be entered

Time Commenced: 4:45 pm Time Adjourned: 5:45 pm Total Time: 1 Hours

                                    Marnie Maccariella
                                    Courtroom Deputy