# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
**1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM**

**October 18th, 2018**

Honorable Jerome B. Simandle
United State District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:    USA v Vladimir Drinkman
<u>Case #: 1:09-cr-00626-JBS-2</u>

Dear Judge Simandle:

I am a former attorney for Dmitriy Smilianets, a cybercrime Defendant who was sentenced by Your Honor on February 15th, 2018 to 51 months and 21 days' incarceration. Vladimir Drinkman is Dmitriy Smilianets' co-Defendant who was also sentenced by Your Honor to a total of 144 months' incarceration on February 15th, 2018.

Recently Vladimir Drinkman contacted me to express his interest in retaining me as his criminal defense attorney. I immediately advised Mr. Drinkman that I was an attorney for his co-Defendant's Dmitriy Smilianets. Mr. Drinkman stated that he was willing to waive any potential conflict of interest stemming from my prior representation of Mr. Smilianets. Later, I discussed the potential conflict of interest with Dmitriy Smilianets who also agreed to waive it.

Prior to commencing representation of Vladimir Drinkman I contacted the Government to discuss the potential conflict of interest and Government's position regarding the same. After some discussion the Government informed me that it believes the conflict is waivable, but requested that I move the Court for appointment of independent counsel to discuss the waiver of

conflict with both co-Defendants and request a hearing so both co-Defendants can waive the conflict before Your Honor in open Court.  As such, I respectfully request that at the earliest convenience this Court appoint an independent counsel to discuss the waiver of conflict with both co-Defendants, and conduct a hearing at which co-Defendants can waive the conflict before Your Honor.

Vladimir Drinkman is currently serving his sentence at Philipsburg, Pennsylvania, which is located a long distance from the Courthouse, therefore, it is respectfully requested that Vladimir Drinkman appear by telephone or video for the purpose of waiving the potential conflict of intertest before Your Honor.

Thank you for Your Honor's time and attention to this matter.

Very Truly Yours

_/s/ Litvak_____
Igor Litvak, Esq.